Mandi J. Karvis/Bar No. 021858
Isaiah Herrera/Bar No. 034215
**WICKER SMITH O'HARA MCCOY & FORD, P.A.**
One N. Central Ave., Suite 860
Phoenix, AZ 85004

Mandi J. Karvis
 Direct Phone: (602) 648-2241
 Fax: (602) 812-4986
 Email: MKarvis@wickersmith.com

Isaiah Herrera
 Direct Phone: (602) 648-2246
 Fax: (602) 812-4986
 E-mail: IHerrera@wickersmith.com

*Attorneys for Defendant Arizona CVS Stores, LLC and Defendant SCP 2006 C23-004 LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy Jacobs, individually, and on behalf of all statutory beneficiaries pursuant to A.R.S. §§12-611-612, *et seq;* Carlos Jacobs, statutory beneficiary pursuant to A.R.S. §§12-611-612, *et seq.*<br><br>  Plaintiffs,<br><br>vs.<br><br>Arizona CVS Stores L.L.C., an Arizona limited liability company, dba CVS; SCP 2006-C23-004 L.L.C., a Delaware limited liability company, XYZ Corporations I-III, ABC Partnerships I-III, John And Jane Does I-V,<br><br>  Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL BY DEFENDANT ARIZONA CVS STORES, LLC AND DEFENDANT SCP 2006 C23-004 LLC** |

PLEASE TAKE NOTICE that Defendant Arizona CVS Stores, LLC (hereafter "Defendant

(114074-17)

1 CVS"), and Defendant SCP 2006 C23-004 LLC (hereafter "Defendant SCP") pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and LRCiv 3.6, submit this Notice of Removal of the above-entitled action, Case Number CV2023-095885, from the Superior Court of Arizona in Maricopa County to the United States District Court for the District of Arizona, and in support of removal, asserts the following:

     1. On December 1, 2023, Plaintiff filed a Complaint in the Superior Court of the State of Arizona, in and for the County of Maricopa, entitled *Stacy Jacobs, et al. v. Arizona CVS Stores, LLC*, Case Number CV2023-095885 (the "State Court Action").

     2. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6(b), a true and correct copy of the State Court's docket, including all pleadings and other documents that were previously filed in the State Court Action, are filed with this Notice as the following exhibits:

        1) Supplemental Civil Cover Sheet;

        2) Most recent State Court Docket;

        3) Operative Complaint;

        4) Service documents;

        5) Remainder of State Court Record; and

        6) Verification that true and complete copies of all pleadings and other documents filed in the state court proceeding have been filed.

The remaining required attachments under LRCiv 3.6(b) are not attached because they do not exist as of the date of this filing.

     3. Plaintiff is a resident of Arizona and Defendant CVS' sole member is CVS RS Arizona, L.L.C. whose sole member is CVS Pharmacy, Inc., a corporation incorporated in Rhode Island with its principal place of business located in same. Thus, Defendant CVS' sole member is a citizen of Rhode Island, making Defendant CVS a resident of Rhode Island.[1] Additionally,

---

[1] An LLC possesses the citizenship of all its members. *Americold Realty Tr. v. Conagra Foods, Inc.*, 577 U.S. 378, 136 S. Ct. 1012, 1014, 194 L. Ed. 2d 71 (2016). "A corporation is a citizen only of (1) the state where its principal place of business is located, and (2) the state in which it is incorporated." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

Defendant SCP is a foreign limited liability company, registered in Delaware. Defendant's sole member is Gainesville Holdings LLC whose sole member is a resident of Florida. Thus, Defendant SCP is a resident of Florida.[2]

4. Because the Parties are citizens of different States and the amount of controversy is a money judgment where the State does not permit demand for a specific sum, the United States District Court has removal jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

5. Defendant CVS and Defendant SCP, in the State Court Action, were properly served with a copy of the Summons and Complaint on December 8, 2023.

6. Only defendants who have been properly joined and served at the time this Notice is filed must join in or consent to removal of the State Court Action under 28 U.S.C. § 1446(b)(2)(A).

7. Defendant CVS and Defendant SCP consent to removal of the State Court Action.

8. There are no other named defendant parties and no other party is required to consent to the removal of the State Court Action.

9. This Notice of Removal is timely filed with this Court under 28 U.S.C. § 1446(b), because Defendant CVS and Defendant SCP were served with the Complaint less than 30 days ago.

10. Defendant CVS and Defendant SCP make this appearance for purposes of removal only and reserve the right to move for dismissal for lack of personal jurisdiction.

11. This Notice of Removal is filed subject to a full reservation of rights, including all objections, arguments and defenses to Plaintiff's Complaint.

12. In accordance with 28 U.S.C. § 1446(d) and LRCiv 3.6, Defendant CVS and Defendant SCP will promptly give the adverse Party written notice of the filing of this Notice of Removal. Defendant CVS and Defendant SCP will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa, where the action is pending, also pursuant to 28 U.S.C. § 1446(d).

---

[2] An LLC is a "citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

13. This Notice of Removal is signed and verified by undersigned counsel pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1446(a), and in accordance with LRCiv 3.6.

WHEREFORE, Defendant Arizona CVS Stores, LLC and Defendant SCP 2006 C23-004 LLC, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446 and LRCiv 3.6, remove the case styled *Stacy Jacobs, et al. v. Arizona CVS Stores, LLC*, Case Number CV2023-095885, from the Superior Court of the State of Arizona, in and for the County of Maricopa.

RESPECTFULLY SUBMITTED this 5th day of January, 2024.

**WICKER SMITH O'HARA MCCOY & FORD, P.A.**

By: *s/Mandi J. Karvis*
Mandi J. Karvis
Isaiah Herrera
One N. Central Avenue, Suite 860
Phoenix, AZ 85004
*Attorneys for Defendant Arizona CVS Stores, LLC and Defendant SCP 2006 C23-004 LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to all CM/ECF registrants.

Jessica P. Tinoco, Esquire
Josue Tinoco, Esquire
**TINOCO LAW PLLC**
1910 S. Stapley Dr.
Mesa, AZ 85204
jessica@tinocolawpllc.com
josue@tinocolawpllc.com
*Attorneys for Plaintiff*

*s/ Jonna Freeman*