IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stacy Jacobs, et al., | No.  CV-24-00043-PHX-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Arizona CVS Stores LLC, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1.      That the Stipulation to Dismiss (Doc. 27) is **granted**;

2.      That this action is **dismissed with prejudice** in its entirety;

3.      That each party shall bear its own costs and attorneys' fees; and

4.      That the Clerk of Court shall terminate this action.

Dated this 10th day of June, 2024.

Honorable Steven P. Logan
United States District Judge